|  |  |  |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| MACQUILLE WOODARD, JR., § | |
| § | |
| Plaintiff, § | |
| § | |
| *versus* § | CIVIL ACTION NO. 1:17-CV-174 |
| § | |
| UNITED STATES OF AMERICA, *et al.*, § | |
| § | |
| Defendants. § | |

**MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff Macquille Woodard, Jr., formerly an inmate confined at the Federal Correctional Complex in Beaumont, Texas, proceeding *pro se*, brought the above-styled lawsuit against the United States of America, League Medical Concepts/Correct Care Solutions, Jason A. Sickler, Becky Clay, Christopher Gore, Brian Nichols, Terrence Steffey, Officer Smith, Shem Spears, Jeremy Larry, Jessie James, Tanner Rider, and Elizabeth Perkins.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends that the defendants' motion to dismiss (docket entry no. 19) and motion to dismiss or, in the alternative, motion for summary judgment (docket entry no. 24) be granted and plaintiff's complaint be dismissed.

The court has received and considered the Reports and Recommendations of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Reports and Recommendations of United States Magistrate Judge were filed by the parties.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the reports of the Magistrate Judge are **ADOPTED**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendation.

SIGNED at Plano, Texas, this 19th day of September, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE